IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARMSTRONG TEL. CO.-PA, a Pennsylvania Corporation, ARMSTRONG TEL. CO., a West Virginia Corporation, ARMSTRONG TEL. CO.-NY, a New York Corporation, ARMSTRONG TEL. CO. of WEST VIRGINIA, a West Virginia Corporation, ARMSTRONG TELEPHONE COMPANY NORTH, a Pennsylvania Corporation, ARMSTRONG TELEPHONE COMPANY OF MD, a Maryland Corporation, | CASE NO.: 215-CV-00656 - LPL |

   Plaintiffs

   v.

AT&T CORP., a New York Corporation,

   Defendant.

## PLAINTIFFS' NOTICE OF DISMISSAL

Plaintiffs, Armstrong Tel. Co.-PA, Armstrong Tel. Co., Armstrong Tel. Co.-NY, Armstrong Tel. Co. of West Virginia, Armstrong Telephone Company North, and Armstrong Telephone Company of Md., by and through their undersigned counsel, hereby dismiss this action, with prejudice, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

   Respectfully submitted,


   /s/ Kevin C. Harkins
   Kevin C. Harkins
   PA I.D. No. 59915
   kharkins@cohenlaw.com

   Benjamin E. Ellis
   PA I.D. No. 314055

bellis@cohenlaw.com

COHEN & GRIGSBY, P.C.
625 Liberty Avenue
Pittsburgh, PA 15222
(412) 297-4900 (Telephone)
(412) 209-1820 (Facsimile)
Counsel for Defendants:
Armstrong Telecommunications, Inc.
Armstrong Telephone Company of Maryland
Armstrong Telephone Company

Date: January 4, 2016
2206392.v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of January 2016, a true and correct copy of the foregoing NOTICE OF DISMISSAL was filed with the Court electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF system.

/s/ Kevin C. Harkins